# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROSA DALIA GUZMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0791

[November 20, 2024]

Appeal from the County Court for the Nineteenth Judicial Circuit, Indian River County; Robyn E. Stone, Judge; L.T. Case No. 312022MM002046A.

Carey Haughwout, Public Defender, and Robert Porter, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Appellant appeals the denial of her motion to correct a sentencing error. She claims that the court erred in imposing a twenty-five dollar community service administrative fee as a special condition of probation. Appellant argues, and the State concedes, that the fee must be stricken because it was not orally pronounced at sentencing, and it is not specifically authorized by statute or rule. We agree. *See Metellus v. State*, 310 So. 3d 90 (Fla. 4th DCA 2021). We therefore reverse and remand the denial of the motion to correct the sentencing error and direct that the twenty-five dollar fee be stricken from the conditions of probation.

*Reversed.*

WARNER, GROSS and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***